United States District Court
Southern District of Texas
**ENTERED**
January 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BRENDA OWENS,<br>　　PLAINTIFF,<br><br>V.<br><br>TEXAS FARMERS INSURANCE COMPANY,<br>　　DEFENDANT. | §<br>§<br>§<br>§　CIVIL ACTION NO.:<br>§　2:18-cv-0357<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court pursuant to a Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41, and it appearing that all parties consent to the requested relief;

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, and with each party to bear its own costs.

Corpus Christi, Texas on this 13th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE